The order of the Commonwealth Court is affirmed.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Sandra Couch COLLINS, Respondent.**

**Nos. 254 and 393 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Nov. 22, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 22nd day of November, 1999, there having been filed with this Court by Sandra Couch Collins her verified Statement of Resignation dated October 20, 1999, stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Sandra Couch Collins be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Common-

---

**6.** In a similar vein, Appellant asserts that to "reconcile the present matter with *Comach,* the Commonwealth Court relied upon the erroneous finding that the Developer was a 'general contractor,' and that the procedure by which the Taxing Authorities calculated the tax at issue was a result of lack of cooperation on the part of the Developer." Appellant's Brief at 19. As noted in footnote 2, the determination by the lower courts that Appellant is a general contractor is controlling in this appeal.

**7.** The tax deficiency in *Comach* was discovered after the tax examiner for the City of Allentown audited the taxpayer's business privilege tax returns.

wealth of Pennsylvania, retroactive to November 13, 1996; and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.